GLADYS G. DARLING, complainant-appellant,

*v.*

EDGAR S. GILMORE et al., defendants-respondents.

[Submitted October term, 1930.   Decided April 10th, 1931.]

*Mr. Andrew J. Whinery*, for the complainant-appellant.

*Messrs. Lindabury, Depue & Faulks,* for the defendants-respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ.   13.

*For reversal*—None.